# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD A. BARKER, | No. CV 09-6179-ABC (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: May 27, 2011

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE